# United States Court of Appeals for the Fifth Circuit

————————

No. 23-30608

————————

United States Court of Appeals
Fifth Circuit

**FILED**

August 9, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Joseph Will Robinson,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:04-CR-30053-1

_____

Before Smith, Stewart, and Duncan, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Joseph Will Robinson has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). This court ordered counsel to file a supplemental brief to address discrepancies in the record as to which conditions of supervised release Robinson violated. Robinson has not filed a response to either brief. We have reviewed counsel's supplemental

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-30608

brief and relevant portions of the record. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.[1] Accordingly, the motion to withdraw is GRANTED. Counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

[1] The discrepancies in the revocation judgment appear to be clerical errors in the identification of the relevant conditions of supervised release. These discrepancies do not affect the sentence imposed. The parties may move the district court to correct any clerical error under Federal Rule of Criminal Procedure 36. *See United States v. Nagin*, 810 F.3d 348, 354 (5th Cir. 2016).